**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND MCGINNIS,<br><br>           Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN, Warden,<br><br>           Respondent. | Case No. CV 15-4754 DOC (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE**<br><br>**JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\
\\
\\
\\
\\

**IT IS ORDERED** that Petitioner's Motion to Amend the Petition is denied.

**IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss is granted. The Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 26, 2016

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2